PROB 12C
(6/16)

Report Date: November 9, 2021

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2021

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Johnathon James Barnett    Case Number: 0980 2:10CR00008-LRS-1

Address of Offender:                    , Spokane, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 13, 2010

Original Offense:    Failure to Appear Before a Court, 18 U.S.C. § 3146(a)(1)

Original Sentence:   Prison - 10 months;        Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: George J. C. Jacobs, III    Date Supervision Commenced: May 22, 2019

Defense Attorney:    Steve Hormel                Date Supervision Expires: May 21, 2022

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: It is alleged that Johnathon Barnett violated the terms of his supervised release by being charged with first degree trafficking in stolen property, on or about November 1, 2021.

On May 22, 2019, supervision commenced in this matter. On May 24, 2019, a supervision intake was completed. Mr. Barnett signed his judgment, acknowledging he understood his conditions of supervision, to include the above-noted mandatory condition number 2.

On November 2, 2021, the undersigned was contacted by the Whitman County Sheriff's Office. It was reported that on November 1, 2021, Mr. Barnett was arrested for first degree trafficking in stolen property. It was reported that Mr. Barnett had a stolen trailer he was selling for a friend. The intended buyer discovered the trailer was previously reported stolen, therefore, reported it to law enforcement

Mr. Barnett was contacted by the Whitman County Sheriff's Office on November 1, 2021. When questioned, he initially denied knowing it was stolen, but ultimately indicated he suspected it and conducted an Internet search to discover it was in fact stolen.

Prob12C
**Re: Barnett, Johnathon James**
November 9, 2021
Page 2

        Mr. Barnett was then arrested and charged with first degree trafficking in stolen property, a felony, Whitman Superior case number 21-1-00158-38.

        On November 2, 2021, Jonathon Barnett bonded out of jail and is currently out of custody.

        Jury trial in currently scheduled to commence on January 19, 2022.

2      **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Johnathon Barnett violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about November 2, 2021.

        On May 22, 2019, supervision commenced in this matter. On May 24, 2019, a supervision intake was completed. Mr. Barnett signed his judgment, acknowledging he understood his conditions of supervision, to include the above-noted special condition number 16.

        As a result of the above-noted alleged violation number 1, Mr. Barnett was directed to submit to a urinalysis at Pioneer Human Services on November 3, 2021. Mr. Barnett tested presumptive positive for methamphetamine.

        On November 4, 2021, he reported to the United States Probation Office as directed. At that time, he admitted to consuming methamphetamine on November 2, 2021, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/09/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS
[ ]    No Action
[ ]    The Issuance of a Warrant
[✓]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

November 9, 2021
Date