PROB 12C
(6/16)

Report Date:  April 27, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnathon James Barnett          Case Number: 0980 2:10CR00008-LRS-1

Address of Offender:                    Spokane, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 13, 2010

Original Offense:      Failure to Appear Before a Court, 18 U.S.C. § 3146(a)(1)

Original Sentence:     Prison - 10 months;        Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   George J. C. Jacobs, III    Date Supervision Commenced: May 22, 2019

Defense Attorney:      Kathryn Lucido              Date Supervision Expires: May 21, 2022

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/09/2021, 11/18/2021, 12/30/2021, and 2/10/2022.

On May 24, 2019, a supervision intake was completed.  Mr. Barnett signed his judgment, acknowledging he understood his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Johnathon Barnett violated the terms of his supervised release by consuming a controlled substance, marijuana, on or about April 20, 2022. |
| | On April 20, 2022, Johnathon Barnett reported to the U.S. Probation Office and submitted to a urinalysis.  The sample tested presumptive positive for marijuana.  Mr. Barnett denied use and the sample was sent to the lab for additional testing.  A lab report has since been received and confirmed a positive presence for marijuana. |

**Prob12C**
**Re: Barnett, Johnathon James**
**April 27, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4/27/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

April 27, 2022

Date