PROB 12C
(6/16)

Report Date: July 8, 2022

# United States District Court

### for the

#### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Jonathan James Barnett     Case Number: 0980 2:10CR00008-LRS-1

Address of Offender: ███████████  Spokane, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 13, 2010

| | | |
|---|---|---|
| Original Offense: | Failure to Appear Before a Court, 18 U.S.C. § 3146(a)(1) | |
| Original Sentence: | Prison - 10 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 16, 2022) | Prison- 60 days<br>TSR- 28 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: May 23, 2022 |
| Defense Attorney: | Kathryn Lucido | Date Supervision Expires: September 22, 2024 |

### PETITIONING THE COURT

To issue a warrant.

On May 23, 2022, a U.S. Probation Officer reviewed Mr. Barnett's conditions of supervised release with him. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Jonathan Barnett violated the terms of his supervised release by being arrested for manufacturing/ delivery/ possession with the intent schedule II and drug paraphernalia on or about July 7, 2022.<br><br>On July 7, 2022, the undersigned officer received a voice mail from a trooper from the Idaho State Police Department. Mr. Barnett was pulled over on a traffic stop where he admitted there would be marijuana in the vehicle. After a search was conducted, the officer located a large quantity of methamphetamine, large amounts of baggies, and a large amount of cash. Mr. Barnett was arrested and booked into the Kootenai County Jail for manufacturing/ delivery/ possession with the intent schedule II and drug paraphernalia-use or possession. Police reports have been requested. |

Prob12C
Re: Barnett, Johnathon James
July 8, 2022
Page 2

| | | |
|---|---|---|
| | 2 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Its alleged that Mr. Barnett is in violation of his supervised release conditions for being in possession of suspected methamphetamine on or about July 7, 2022.

In reference to violation #1, Mr. Barnett was found to be in possession of methamphetamine after being stopped on a traffic stop in Kootenai County, Idaho.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/08/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

July 8, 2022
Date